## CASES DETERMINED

IN THE

# SUPREME COURT OF NEBRASKA

AT

## JANUARY TERM, 1903.

---

FRANCIS S. HOWELL, APPELLEE, v. JEREMIAH K. ROSS ET
AL., APPELLANTS.

FILED MAY 6, 1903. No. 12,783.

**Judgment: COLLATERAL ATTACK.** The district court being vested with
jurisdiction of actions to quiet title, a judgment rendered by it in
such an action is exempt from collateral attack, even though
the petition upon which it is based fails to show that the plaintiff
is entitled to the relief demanded.

APPEAL from the district court for Washington county:
JACOB FAWCETT, DISTRICT-JUDGE. *Affirmed.*

*Clark C. McNish* and *John W. Graham,* for appellants.

*Frank S. Howell* and *Albert W. Jefferis, contra.*

SULLIVAN, C. J.

This action was brought by Howell against Ross and
others to foreclose a real estate mortgage. From a decree
in favor of the plaintiff, McManigal, who was made a de-
fendant on the theory that he was in possession of the
mortgaged premises as a tenant of the mortgagor, has re-
moved the case to this court by appeal. The only question
necessary to be decided is the effect of a former judgment
rendered by the district court in a suit brought by Ross

4 (1)

against McManigal in 1896. The issues tried and determined in that suit were, it is conceded, precisely identical with the issues presented by the answer which McManigal filed in this case. It is conceded, too, that the judgment rendered was in favor of Ross, and that it has been reviewed by this court and affirmed. But it is contended that, the action having been brought to quiet title by one out of possession against one in possession, the court had no authority to entertain it or to pronounce a valid judgment. There is not the least merit in this contention. The question of jurisdiction having been raised and litigated in the district and in this court the decision would be binding upon the parties even if it were wrong. *Dryden v. Parrotte,* 61 Neb. 339.

Whether McManigal paid taxes upon the land from 1896 to 1900 is altogether immaterial. The fact is relevant to no issue presented by the pleadings.

The judgment is

AFFIRMED.